May 7, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES WHITAKER, Appellant

NO. 14-12-00926-CV                      V.

NEIGHBORHOOD CENTERS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 18, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, James Whitaker.

We further order this decision certified below for observance.